# ENTRY ORDER

SUPREME COURT DOCKET NO. 2013-284

JULY TERM, 2013

| | | |
|---|---|---|
| In re Rosemary A. Macero | } | Original Jurisdiction |
| | } | |
| | } | |
| | } | Professional Responsibility Board |
| | } | |
| | } | PRB NO. 2013-022 |

In the above-entitled cause, the Clerk will enter:

A hearing panel of the Professional Responsibility Board has filed a report with the Court recommending that petitioner Rosemary A. Macero be reinstated to the practice of law in Vermont. The report notes that petitioner was originally suspended for one year from the practice of law in the State of Massachusetts in May 2011 and that this Court, in June 2011, imposed the reciprocal discipline of a one-year suspension from the practice of law in the State of Vermont. On May 4, 2012, the Massachusetts Supreme Judicial Court issued a judgment of reinstatement in favor of petitioner, noting that it was without objection by the bar counsel, and she was also subsequently reinstated to the practice of law in the State of New Hampshire, the New York Supreme Court Appellate Division, the United States District Courts of Massachusetts, New Hampshire, and the Northern District of New York, and the First Circuit of the United States Court of Appeals.

Based on the hearing panel's findings and conclusion that petitioner has met the requirements for reinstatement, the Court hereby reinstates petitioner Rosemary A. Macero as a member of the bar of the State of Vermont. Petitioner shall comply with the requirements M.C.L.E. § 8.

BY THE COURT:

_____
Paul L. Reiber, Chief Justice

_____
John A. Dooley, Associate Justice

_____
Marilyn S. Skoglund, Associate Justice

_____
Brian L. Burgess, Associate Justice

_____
Beth Robinson, Associate Justice